# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Ashley Lauren Cates** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Sealed |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Jonathan Riggs | INTERPRETER: No |
| Telephone No.: (208) 859-4053 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: **Four counts distribution of methamphetamine** | RELATED COMPLAINT: No<br>CASE NUMBER: CR 20-0213 S DCN |

*U.S. COURTS — SEP 10 2020 — Rcvd__Filed__Time__ STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Payette** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | ONE, TWO, and THREE | Distribution of Methamphetamine | At least 5 and no more than 40 years of imprisonment and/or a $5,000,000 fine, at least 4 years supervised release, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | FOUR | Distribution of Methamphetamine | Up to 20 years imprisonment and/or a $1,000,000 fine, at least 3 years supervised release, $100 Special Assessment |
| 21 U.S.C. § 853 | CRIMINAL FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of listed property |

Date: 10 September 2020  Assistant U.S. Attorney: ALEXIS R. KLEMPEL
Telephone No.: (208) 334-1211