Charles Peterson
FEDERAL PUBLIC DEFENDER
Thad Blank
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ASHLEY LAUREN CATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:20-cr-00213-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF INTENT TO PLEAD |
| ASHLEY LAUREN CATES | ) | GUILTY |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
 BART M. DAVIS, UNITED STATES ATTORNEY
 ALEXIS KLEMPEL, ASSISTANT UNITED STATES ATTORNEY

COMES NOW, the defendant, ASHLEY LAUREN CATES, by and through her counsel of record, Thad Blank, and the Federal Defender Services of Idaho, and respectfully notifies the Court that it is her intention to plead

guilty as charged in the four-count Indictment. ECF No. 1. There is no plea agreement with the government.

Ms. Cates respectfully requests that the Court vacate her current trial date of April 12, 2021 and set a date for her change of plea at the Court's earliest convenience.

Dated: January 21, 2021

CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:


/s/ Thad Blank
Thad Blank
Federal Defender Services of Idaho
Attorneys for Defendant
ASHLEY LAUREN CATES

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 21st day of January 2021.

| | |
|---|---|
| Alexis Klempel, Assistant United States Attorney<br>Office of the United States Attorney<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702<br>(208) 334-1211<br>(208) 334-1413 – Facsimile<br>Alexis.klempel@usdoj.gov | ____United States Mail<br>____Hand Delivery<br>____Facsimile Transmission<br>__X__CM/ECF Filing<br>____Email Transmission |

Dated: January 21, 2021        /s/ Thad Blank
                               Thad Blank