5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ) | Case No. |
| ) |  |
| v.            ) | APPLICATION FOR ADMISSION |
| ) | PRO HAC VICE |
| ) |  |
| ) | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                    Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____        _____
Applicant                                                    Designee

Signed under penalty of perjury.

**Court Admissions- Katryna Lyn Spearman**

| Court | Admission Date | Status |
|---|---|---|
| US Court of Appeals for the Fourth Circuit | 03/19/2019 | Active |
| US Court of Appeals for the Sixth Circuit | 04/30/2019 | Active |
| US Court of Appeals for the Seventh Circuit | 07/12/2019 | Active |
| US Court of Appeals for the Tenth Circuit | 07/09/2019 | Active |
| US Court of Appeals for the Eleventh Circuit | 09/05/2018 | Active |
| US District Court for the District of Colorado | 05/21/2020 | Active |
| US District Court for the Middle District of Georgia | 09/24/2018 | Active |
| US District Court for the Northern District of Georgia | 08/06/2018 | Active |
| US District Court for the Southern District of Georgia | 10/23/2018 | Active |
| US District Court for the Western District of Tennessee | 06/06/2019 | Active |
| Superior Courts of Georgia | 04/24/2018 | Active |



Lawyers Serving the Public and the Justice System

Ms. Katryna Lyn Spearman
Lowther Walker LLC
Centennial Tower
101 Marietta Street NW Suite 3325
Atlanta, GA  30303

**CURRENT STATUS:**         Active Member-Good Standing
**DATE OF ADMISSION:**      04/24/2018
**BAR NUMBER:**             616038
**TODAY'S DATE:**           03/22/2021

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

HEADQUARTERS
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

COASTAL GEORGIA OFFICE
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

SOUTH GEORGIA OFFICE
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Southern District of **Georgia**

## CERTIFICATE OF GOOD STANDING

I, __John E. Triplett, Acting__, Clerk of this Court,

certify that __Katryna Lyn Spearman__, Bar # __616038__,

was duly admitted to practice in this Court on __10/23/2018__, and is in good standing as a member

of the Bar of this Court.

Dated at __Brunswick, Georgia__ on __3/25/2021__
         (Location)                              (Date)

John E. Triplett, Acting Clerk
CLERK

*[signature]*
DEPUTY CLERK