Katryna Spearman
LOWTHER | WALKER
101 Marietta Street NW, Suite 3325
Atlanta, GA 30303
Telephone: 404-496-4052
Fax: 866-819-7859

Attorney for Defendant
ASHLEY LAUREN CATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:20-cr-00213-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | |
| ASHLEY LAUREN CATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

KATRYNA LYN SPEARMAN, Esq., respectfully notifies this Court of her

appearance as an attorney of record for ASHLEY LAUREN CATES, defendant in the

above-styled case.

Date: May 18, 2021

[SIGNATURE ON THE FOLLOWING PAGE]

Respectfully submitted,

**_s/ Katryna Lyn Spearman, Esq._**
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052+3 | F 866.380.1782
kspearman@lowtherwalker.com
http://www.lowtherwalker.com

Attorney for Ashley Lauren Cates

Katryna Spearman
LOWTHER | WALKER
101 Marietta Street NW, Suite 3325
Atlanta, GA 30303
Telephone: 404-496-4052
Fax: 866-819-7859

Attorney for Defendant
ASHLEY LAUREN CATES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:20-cr-00213-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | |
| ASHLEY LAUREN CATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2021, I electronically filed the foregoing ENTRY OF

APPEARANCE with the Clerk of the United States District Court for the District of

Idaho by way of the CM/ECF system, which automatically will serve this document on

the attorneys of record for the parties in this case by electronic mail.

Date: May 18, 2021

[SIGNATURE ON THE FOLLOWING PAGE]

Respectfully submitted,

**_s/ Katryna Lyn Spearman, Esq._**
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
O 404.496.4052+3 | F 866.380.1782
kspearman@lowtherwalker.com
http://www.lowtherwalker.com

Attorney for Ashley Lauren Cates