KATRYNA LYN SPEARMAN, GEORGIA BAR NO. 616038
*PRO HAC VICE* ATTORNEY FOR MS. CATES
LOWTHER | WALKER LLC
101 MARIETTA ST. NW, STE. 3325
ATLANTA, GA 30303
TELEPHONE: (404) 496-4052

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
BOISE - SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-CR-00213-DCN-1 |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING HEARING** |
| ASHLEY LAUREN CATES, | |
| Defendant. | |

Ms. ASHLEY LAUREN CATES , pursuant to Fed. R. Crim. P. 32(b), respectfully moves this Court to continue the Sentencing Hearing, currently scheduled for June 14, 2021, and all associated deadlines for a period of not less than 14 days.

## I. Relevant Procedural History

On September 10, 2020, a federal grand jury in the District of Idaho returned a four-count indictment, charging Ms. Cates with three counts of distribution of five grams or more of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) (Counts 1—3); and one count of distribution of a

1

mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) (Count 4). (Indict., ECF No. 1)

On January 21, 2021, Ms. Cates entered into a Plea Agreement with the Government (Not., ECF No. 21), which the Court accepted on February 23, 2021 (Mins., ECF No. 25). This Court initially scheduled the sentencing hearing for May 11, 2021 (Id), but rescheduled the hearing for May 12, 2021 (ECF 34).

On or about April 26, 2021, Ms. Cates retained undersigned counselor, Ms. Katryna Lyn Spearman, Esq., who immediately filed her Motion for Leave to Appear *Pro Hac Vice* through local counsel Andrew Parnes, Esq., which was granted that day. (Mot., ECF No. 30.) This Court previously granted a continuance on May 5, 2021 (ECF No. 36), continuing the Sentencing Hearing to June 14, 2021.

## II. Factual Assertions

Ms. Cates respectfully requests that her attorneys, whom she retained after the passage of the entry of her guilty plea, and on the same day as the dissemination of the final Presentence Report and Sentencing Recommendation (ECF Nos. 31-32). Ms. Cates also submits that this brief continuance of the Sentencing Hearing is necessary so that her new attorneys can confer regarding sentencing and prepare for the hearing.

Furthermore, the former Assistant United States Attorney on the case has since left the case and a new attorney, Mr. Christopher Steven Atwood, entered his appearance on April 26, 2021 (ECF No. 33).

## III. Memorandum of Law

"[T]his [C]ourt must impose a sentence without unnecessary delay." (Fed. R. Crim. P. 32(b)(1).) Nonetheless, it "may, for good cause, change any time limits prescribed in [Fed. R. Crim. P. 32]." (Fed. R. Crim. P. 32(b)(2).)

## IV. Opposing Party's Position

Assistant United States Attorney Alexis R. Klempel no longer works for the District of Idaho, however, through AUSA Atwood, the Government <u>does</u> oppose this motion.

## V. Conclusion

Based on the foregoing, Ms. Cates respectfully requests relief from this Court to continue the sentencing hearing, currently scheduled for June 14, 2021, and all associated presentence deadlines for a period of not less than fourteen (14) days.

Date: May 26, 2021

Respectfully submitted,

<u>*s/Katryna Lyn Spearman, Esq.*</u>
Katryna Lyn Spearman, Esq.
Ga. Bar No. 616038
M 936.537.3914

kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, Georgia 30305
O 404.496.4052
http://www.lowtherwalker.com

*s/ Andrew Parnes, Esq.*
Law Offices of Andrew Parnes
P.O. Box 5988
671 First Avenue North
Ketchum, Idaho 83340
T 208.726-1010
*aparnes@mindspring.com*

Attorneys for Ashley Lauren Cates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
BOISE - SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00213-DCN-1 |
| v.   ) | |
| ) | Judge David C. Nye |
| ASHLEY LAUREN CATES   ) | |

## CERTIFICATE OF SERVICE

I certify that on May 26, 2021, I electronically filed the foregoing MOTION TO CONTINUE SENTENCING HEARING with the Clerk of the United States District Court for the District of Idaho by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by way of electronic mail.

Date:        May 26, 2021

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga Bar. No. 616038
Counsel for Ashley Lauren Cates
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, Georgia 30303
M 936.537.3914 | O 404.496.4052
http://www.lowtherwalker.com
kspearman@lowtherwalker.com